UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHOUDRY M. HUSSAIN, individually and
on behalf of all others similarly situated,

                       Plaintiff,                         JUDGMENT
                                                                    17-cv-3571-ARR-CP

        - against –

ALLTRAN FINANCIAL, LP, and
URS MANAGEMENT, LLC,

                      Defendants.
------------------------------------------------------------ X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 4, 2018, granting the Defendants' motion to dismiss; and dismissing the Plaintiff's complaint with prejudice; it is

       ORDERED and ADJUDGED that the Defendants' motion to dismiss is granted; and that the Plaintiff's complaint is dismissed with prejudice.

Dated: Brooklyn, NY                                      Douglas C. Palmer
April 5, 2018                                              Clerk of Court

                                                     By:   */s/Jalitza Poveda*
                                                                  Deputy Clerk